**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒    1st    Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐        Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Mauricio E. Bertona    JOINT DEBTOR:        CASE NO.: 14-23902-AJC
Last Four Digits of SS# 6398     Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.     $ 167.39 for months 1 to 60; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ 3650 TOTAL PAID $ 2000 Balance Due $ 1650
                       payable $110 /month (Months 1 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                    Arrearage on Petition Date   $
Address: _____     Arrears Payment    $____ /month (Months ___ to ___)
                        Regular Payment    $____ /month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service     Total Due $ 2,438.90
                          Payable     $ 40.65/month (Months 1 to 60) Regular Payment $____

Unsecured Creditors: Pay $ 110 /month (Months 16 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: **The debtor surrenders and abandons the property listed at 15650 SW 80 Street #F-206, Miami, FL 33193, secured by creditor Ocwen Loan Servicing Account No: xxxx4444. The debtor surrenders and abandons the property listed at 1550 NE 33 Avenue #109, Homestead, FL 33033 secured by creditor Ocwen Loan Servicing Account No's xxxx8873 and xxxxx8899.**
If the debtor receives gambling winnings during the pendency of the plan the debtor shall turn over any gross winnings to the Chapter 13 Trustee for the benefit of the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  /s/Robert Sanchez, Esq.
Attorney for the Debtor                       Joint Debtor
Date: 10/6/2014                               Date: ____

LF-31 (rev. 01/08/10)